CAROL A. SOBEL SBN 84483
LAW OFFICE OF CAROL A. SOBEL
429 Santa Monica Blvd, Suite 550
Santa Monica, CA 90401
T. (310 393-3055 F. 310 393-3605
E. Carolsobel@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CPR for SKID ROW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No.: LACV 11-6274 JFW (CWx)<br><br>**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION AND/OR DECLARATORY RELIEF**<br><br>Date: October 3, 2011<br>Time: 1:30 p.m.<br>Ctrm: 16  (Hon. John Walter) |

This motion is made in compliance with the requirements of Local Rule 7-3.

Notice is hereby given that on October 3, 2011 at 1:30 p.m., in Courtroom 16 of the United States District Court for the Central District of California, the Honorable John F. Walters, district judge presiding, plaintiffs in the above-titled action will move the Court for an Order granting a preliminary injunction and a declaration of unconstitutionality of California Penal Code §403. The motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Hamid Khan and the Declaration of Carol Sobel.

The motion is made on the grounds that California Penal Code §403 is a content-

1

based regulation that distinguishes between categories of protected expression, providing greater protection to some political speech than to other political speech, that the law denies equal protection to speakers based on subject matter and the identity of the audience, and that Penal Code §403 is impermissibly vague as it fails to give notice of the proscribed conduct and to limit arbitrary and capricious application of the statute by police officers.

Because there is no saving construction that can be given to the statute since, by its plain terms, Penal Code §403 creates impermissible exemptions based on speech, a preliminary injunction must be granted to enjoin enforcement of the statute.

Dated: August 22, 2011

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

/s/
By: CAROL A. SOBEL
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document has been made this day on the following individuals by U.S. Mail and/or email:

Laurie Rittenberg
Kimberly Ericksen
Asst. City Attorney
200 N. Main Street
City Hall East, 9th Floor
Los Angeles, CA 90012
e. laurie.rittenberg@lacity.org
e. kimberly.ericksen@lacity.org

Louis Verdugo
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013
(U.S. Mail only)

Dated: August 22, 2011                               /s/
                                              CAROL A. SOBEL