1  CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
2  GARY G. GEUSS, Chief Assistant City Attorney (SBN 128022)
   LAURIE RITTENBERG, Assistant City Attorney (SBN 106683)
3  KIMBERLY A. ERICKSON, Deputy City Attorney (SBN 213634)
4  ADENA M. HOPENSTAND, Deputy City Attorney (SBN 223857)
   200 N. Main Street, City Hall East, Room 916
5  Los Angeles, CA 90012
6  Telephone (213) 473-6877
   Facsimile (213) 473-6818
7  kimberly.erickson@lacity.org
8  adena.hopenstand@lacity.org

9  Attorneys for Defendant CITY OF LOS ANGELES
10
11
12                 **UNITED STATES DISTRICT COURT**
13
                 **CENTRAL DISTRICT OF CALIFORNIA**
14
15
16  CPR for SKID ROW, et al.,              | **Case No. LACV 11-6274 JFW (CWx)**
17
18                       Plaintiffs,         **DECLARATION OF ESTELA
                                             LOPEZ IN SUPPORT OF
19         vs.                               DEFENDANT'S MEMORANDUM OF
                                             POINTS AND AUTHORITIES IN
20  CITY OF LOS ANGELES                      OPPOSITION TO PLAINTIFFS'
                                             MOTION FOR PRELIMINARY
21                       Defendant.          INJUNCTION AND/OR
                                             DECLARATORY RELIEF
22
23                                           Date:   October 3, 2011
                                             Time:   1:30 p.m.
24                                           Ctrm:   16 (Hon. John F. Walter)
25
26
27
28

                 DECLARATION OF ESTELA LOPEZ

DECLARATION OF ESTELA LOPEZ

**I, ESTELA LOPEZ, DECLARE:**

1.      I am the Executive Director of the Central City East Association (CCEA), a 501(c)(6) non-profit corporation that for twenty-five years has served as the principal voice of industrial downtown.  CCEA administers two Business Improvement Districts (BIDs):  the Downtown Industrial District BID and the Arts District BID.  I have held this position since December of 2003.  As Executive Director of CCEA, I manage staff and resources devoted to providing both administrative and field services within both BIDs.

2.      In July of 2005, as a collaborative effort between CCEA and Councilperson Jan Perry and, in an attempt to promote environmental and social improvements in the Skid Row community, I began organizing monthly meetings and walks of the community.  These walks have come to be formally known as the Skid Row Walk ("the Walk").  The first Skid Row Walk was in July of 2005.  Approximately two thousand individuals were living day and night on the sidewalks of Skid Row.  Conditions were ghastly:  open-air drug use and sales, sex acts, beatings, stabbings, bonfires and much more.  The walks were conceived after a meeting I held with residents of San Pedro House, a low-income apartment building in Skid Row specifically designated for homeless individuals suffering from HIV and AIDS.  They wanted my help.  Due to the presence of drug dealers outside on the streets of Skid Row, the residents felt that they were prisoners in their buildings.  They were understandably outraged that they were not being supported in their efforts to rehabilitate from their addictions.

3.      I approached the Community Relations Director of the Midnight Mission, Orlando Ward, and City Councilwoman Jan Perry, with an idea to bring media attention to the problem.  I proposed a community neighborhood walk, and thought I would be able to convince my own members from the business community to walk alongside the residents of San Pedro House in a united effort to demand change.  Ward agreed and volunteered to spread the word among other social service providers, and Councilwoman

1

Perry vowed to support the walk and participate. I also reached out to other downtown business organizations, to residents, to the LAPD and to the media. The first walk had nearly one hundred participants and was covered extensively by both print and broadcast media. I knew, however, that one event, no matter how successful, would simply fade into the background. I enlisted our supporters to help make this a monthly effort. I am extremely proud to say that almost exactly one year later, Mayor Villaraigosa launched the Safer Cities Initiative ("SCI") on Skid Row that brought together law enforcement, City departments, social services and groundbreaking prosecutorial resources.

4.    Skid Row is still a menacing area today, and much more work needs to be done. But the impact of SCI is evident and the district is now vastly different from the way it was in 2005. The changes have been dramatic and continue to give hope to the community. The Skid Row Walk continues the first Wednesday of every month, rain or shine, for two important reasons: 1) people from both Skid Row/Downtown LA and from throughout the greater Los Angeles and Orange County region continue to join us each month, wanting to see for themselves and learn about the challenges, not through a windshield, but from the experience of walking through it and interacting with social service representatives, police, residents and business owners; and 2) we cannot afford to allow "Skid Row fatigue" to descend on our policymakers, media, philanthropists and advocates. The Walk's principal goal has never wavered: <u>to restore safety and dignity to the sidewalks of Central City East.</u> I have to emphasize that the Skid Row Walk is by no means a demonstration or political march. There is no chanting, no billboards, signs or noisemakers. There is no political message being displayed or conveyed, it is a community meeting during which various members of the public and private community engage in conversation and discussion with the aim of improving the Skid Row community and environment.

5.    We've been conducting these monthly walks since 2005 without incident. We earned a national award for serving as a safe portal for anyone wishing to deepen their understanding of Skid Row. People from all walks of life have joined us. We have

2

never once been the target of any criticism or protest, mainly because the walk has been inclusive of all who wish to participate. We've hosted representatives of the American Civil Liberties Union ("ACLU") alongside former Los Angeles Police Department ("LAPD") Chief William Bratton. Furthermore, we have hosted students from Orange County, clergy from the inner city, as well as United States Attorney Andre Briotte and ex-felons in recovery.

6.      Despite the successes of the Skid Row walk over the past six years, suddenly, and without warning we have become the target of Los Angeles Community Action Network's ("LACAN") wrath. These monthly walks have now turned into assaults on the Walk attendees. While conducting our meetings and Walks on the streets of Skid Row, the LACAN members have surrounded us, chanting and yelling and using drums, bullhorns and air horns, making it impossible for us to conduct the walk in a meaningful fashion. The walk allows for discussion, group explanations and one-on-one exchanges about a myriad of issues as we meander through the streets of Skid Row. We often come upon situations that require explanation, such as public feedings, illegal dumping, etc. In my role as Executive Director of the BID, I am always looking for health or safety hazards that need to be brought to the attention of either BID or City staff for correction. We are also accompanied each month by the Los Angeles Homeless Services Authority ("LAHSA") outreach team, whose participation since 2006 has allowed us to transport homeless individuals from streets to services or to medical care immediately. In this manner, the walk is more than an informational gathering. It can also save a life or bring hope to someone living on the sidewalk who is in need of immediate shelter. These and other activities are disrupted and often made completely impossible by dozens of demonstrators intent on drowning out any communication by walk participants.

7.      The first Skid Row Walk that was disrupted by LACAN members was on March 2, 2011. The Skid Row Walk attendees and I were assembled in front of the Midnight Mission when a group of about two dozen protesters took a position across 6th

3

1    Street and began heckling us from there. As long as they remained across the street,

2    however, we were able to conduct our meeting and walk as we normally did. We begin

3    each walk with brief remarks and introductions, which is particularly important to

4    participants new to the walk. However, just as I was beginning to speak, suddenly, there

5    was a group of about forty or so protesters walking toward us from San Julian Street, the

6    same side of the street as we were on.   The protesters who had been across the street

7    crossed over to join the new group, and, together they completely surrounded us. At one

8    point I felt pinned against the wall of the Midnight Mission, unable to move. I discussed

9    the situation with the LAPD Officer in charge, Sergeant Ron Crump. We agreed that

10   while safety of our group was paramount, it would be a bad precedent for us to disband

11   our walk in the face of intimidation. Sergeant Crump and I devised a strategy. We

12   planned to initiate the walk as usual, heading eastbound on 6th Street, and if the protesters

13   continued to try to intimidate us, we would walk two blocks to the CCEA offices where

14   participants could be safely held inside away from the demonstration. As we attempted

15   to cross San Pedro Street, some of the protesters had mixed in with the walk participants.

16   I felt protesters directly behind me. I was waiting for the signal light to turn green,

17   allowing us to cross, when I felt bodies behind me pushing me to the edge of the curb. It

18   was dark and traffic was moving at its normal rate of speed along San Pedro. I felt

19   extremely vulnerable, fearing that a slight push from behind would send me into traffic.

20        8.        As soon as the light turned green, I began crossing the street and felt/heard

21   the protesters yelling, chanting, blowing horns and marching to the beat of a drum. They

22   were so loud that I could not communicate with the walk participants. Sergeant Crump

23   and I shouted to each other as best as we could and agreed that the walk should head

24   directly to CCEA's offices for the safety of all involved. During that short two block

25   walk, the protesters continued mixing in with our group, walking extremely close to us,

26   and at times, their feet touched the heels of my feet, causing me great stress and anxiety.

27   We were also fearful of what they might do in order to provoke a reaction from the

28   police. When we reached our offices, our BID security was waiting for us to arrive.

                                        4

1    They and LAPD formed a barrier around our front door and attempted to provide safe

2    passage for walk participants, while keeping protesters from following us inside. I

3    stayed at the doorway to ensure that all walk participants entered safely. The last to enter

4    was a CCEA staffer who had been recording video of the event on her cell phone. When

5    I did not see her enter the building with the rest of the group I became extremely

6    concerned for her safety. I yelled to our guards that she was missing. Our guards saw

7    her attempting to make her way to safety through the protesters and escorted her to the

8    door. The protesters then gathered in front of our offices, occupying both the sidewalk

9    and street, and continued their shouting and yelling for approximately thirty minutes.

10   We heard them kicking our metal doors and hitting our window. Together with Sergeant

11   Crump we formulated a plan to return our walk participants to their cars, which had been

12   left at the Midnight Mission parking garage. After the protesters finally left, we took the

13   walk participants back to the Mission in our BID vehicles, which we had brought to the

14   alley to the rear of our building so that we could evacuate our offices if and when the

15   protest had escalated.

16        9.       On April 6, 2011, again I was hosting the Skid Row Walk. At this time the

17   protesters did not appear at the start of the walk, but accosted us about halfway through.

18   We first heard and then saw them at a distance. They were yelling anti-LAPD and anti-

19   CCEA chants, which included a lot of profanity. Accompanying us on that walk, as he

20   has done several times in the past, was Los Angeles City Attorney Carmen Trutanich.

21   When the protesters caught sight of him, they escalated their chanting and aimed much

22   of their profanity-laden chants toward Mr. Trutanich. The protesters partially surrounded

23   the walk participants. I was very concerned about our safety and I asked LAPD for

24   advice. We were now quite a distance from CCEA's offices, therefore, seeking refuge

25   there was not an option. A plan was devised to walk briskly back, but instead of heading

26   to our usual destination, the Midnight Mission, we headed to Central Area Police Station

27   to escape the loud and raucous noise and intimidating actions utilized by the protesters.

28   We entered the police station via the parking garage on Wall Street. The protesters

DECLARATION OF ESTELA LOPEZ

attempted to follow us inside, but LAPD Officers informed them that the garage was not open to the public and, therefore, they would not be allowed to enter.  The protest continued outside the garage entrance for approximately ten minutes.  When the police felt certain that the protesters had left, we were escorted out of the station and back to the Midnight Mission.

10.    The next Skid Row Walk was held on May 4, 2011.  By this time we were concerned that the protests were not going to abate, but would be an issue with which we would have to contend every month.  In anticipation of continued disruptions, the Midnight Mission kindly allowed us to use their cafeteria as the meeting and departure point for the walk.  Present were City Councilwoman Jan Perry and City Attorney Trutanich.  By meeting in the cafeteria, we were able to begin the walk in our normal fashion by greeting the participants, explaining calmly the history and purpose of the walk.  The protesters had already gathered outside the Mission when we began escorting people inside, therefore, when we were ready to begin our walk, we exited the Mission via a side door on San Julian Street, hoping to evade the protesters and conduct our walk in a normal fashion.  Unfortunately, the protesters spotted us because no sooner had we exited the side door than the protesters could be heard shouting out that they had found us and directed their group towards us.  Once again, we were forced to conduct our walk under the pressure of protesters following us or at our side, taunting us with chanting, drums and bullhorns.  It was again impossible for us to do much in the way of meaningful dialogue with our participants, so we conducted the walk as expeditiously as possible and returned to the Midnight Mission and disbanded.

11.    The next Skid Row Walk was on June 1, 2011.  The Walk attendees and I attempted to conduct the walk in our customary fashion, gathering outside the Midnight Mission for opening remarks.  However, this time, the largest group of protesters since their initial appearance in March was gathered around us.  They had more noise-making instruments than before and were quite successful in drowning out anything I was attempting to say.  At one point during my opening remarks, one female protester

6

DECLARATION OF ESTELA LOPEZ

1  managed to move very close to me on my right side.  I did not look at her, nor did I
2  engage her in any way.  Without any warning, she blew an air horn directly into the right
3  side of my face.  I felt pressure and discomfort in my ear.  I turned toward her and she
4  was laughing.  I was determined to keep the walk on schedule, so a few moments later
5  we began moving eastbound on 6th Street, but the marchers kept up their barrage of noise
6  and chants. Several times during the walk I recall asking a woman with a bullhorn to
7  please allow me and the others to speak to the walk participants.  I specifically stated
8  "Please just give me that courtesy."  The woman responded through the bullhorn,
9  projecting it directly into my face, approximately two to four feet away, "I don't have to
10 give you any courtesy!  I don't have to give you any respect!  The woman was extremely
11 uncooperative and continued yelling through the bullhorn.  As I attempted to move the
12 Walk attendees down the street, the woman kept yelling through the bullhorn at the Walk
13 attendees "You're the problem! and "We're gonna run you out of town!"  This type of
14 behavior continued for the remainder of the walk.  As a result of the woman activating
15 the bullhorn into my ear, I suffered traumatic hearing loss which I am receiving medical
16 treatment for, as well as for tinnitus, which is a constant ringing in my ear.

17      12.      The next Skid Row Walk was held on July 6, 2011.  As is customary now, a
18 large group of protesters were at 6th Street and San Pedro Street in front of the Midnight
19 Mission at 6:00 p.m., just as I was gathering the Walk attendees together.  It has been
20 thoroughly exhausting confronting this type of aggressive intimidation for four
21 consecutive months.  Nonetheless, we are proud of our tradition of holding these walks
22 year round, in any weather, and we do not intend to suspend this tradition due to LA
23 CAN's provocation and intimidating actions.  As has become a common occurrence at
24 these walks, the LA CAN group had its noise-making instruments and they followed us
25 as we walked.  They were chanting and shouting in opposition of our walk.

26      13.      We attempted to stop in front of the Para Los Ninos Head-Start Program
27 located at the corner of 6th and Gladys to explain how children and parents have been
28 confronted by drug dealers at the bus stop, as well as the dangers posed to the children by

7

the large numbers of registered sex offenders who are paroled on to Skid Row.  Para Los Ninos is located directly in front of the Catholic Worker "Hippie Kitchen", where LA CAN sympathizers joined in the protest.  It became impossible to speak to the Walk attendees due to the noise from the protesters. We were forced to move down the street where we again attempted to stop.  The protesters followed us closely and would not allow us to have this dialogue with our participants, and so we abandoned any hope of explaining this important location to the Walk attendees.  It was shortly after this that one of the protesters was arrested by LAPD officers.  The arrest took place outside my of view, therefore, I cannot say what specific actions led to this person's arrest.  I was aware of the arrest when I heard chants of "let him go!" coming from the protesters.

14.     After the arrest, the Walk proceeded normally.  It was, in fact, the first time in months that we had been able to walk without excessive noise and excessive crowding.  The protesters appeared distracted by the arrest and they remained behind at the site of the arrest, allowing us to finish our walk in peace.

15.     On August 3, 2011, as we began the Skid Row Walk, the protesters descended on us in usual fashion at the beginning of the walk in front of the Midnight Mission.  They held placards and were shouting, and this time they held a mini-rally on the same sidewalk where we had congregated.  They made a circle, which took up the entire sidewalk and their members took turns giving speeches and pumping their fists in the air.  Again, the noise and crowding made it impossible for us to have any meaningful communication with our participants before setting off on the walk.  Once we began walking, for the first time, the protesters did not surround us, but instead followed close behind.  Thankfully, this allowed us to have a bit more dialogue with our participants, although when we stopped along the way at specific sites, the protesters came near our group and were excessively noisy in an attempt to not let us communicate.  There was one location in particular on Gladys between 5th & 6th streets where there had been an illegal dumping of clothing, and an obviously mentally ill woman was sitting atop the huge pile.  The LAHSA outreach team attempted to speak to the woman to ascertain her

8

DECLARATION OF ESTELA LOPEZ

condition, and I attempted to explain to the participants of the unintended consequences of such sidewalk "drop offs" in the name of charity.  The protesters physically approached me and confronted me with taunts and shouts.  They were intent on not allowing me to explain anything to our participants.  In frustration, and also to hopefully allow the LAHSA outreach team to speak to the woman, I asked our walk participants to continue walking rather than continue to try to have meaningful dialogue at that location. Thankfully, however, we were able to conduct the remainder of our walk in a bit more normal fashion.

16.     Finally, the next walk occurred on September 7, 2011.  At 6:00 p.m., the Walk attendees and I gathered in front of the Midnight Mission.  Shortly thereafter, approximately thirty protesters from LA CAN approached us, in silence, carrying placards, megaphones and a boom box.  The demonstrators completely took over the sidewalk, and our group was forced to move down the sidewalk from the entrance to the Midnight Mission. The protesters set the boom box on the ground and, in unison, began very loudly chanting anti-CCEA and anti-LAPD messages for about two minutes.  One of the protesters then turned on the boom box.  I was about three feet away when the boom box was turned on and it sounded like an unexpected explosion.  I cringed in pain, and felt pressure in my ears. I hurried down the street to escape the loud excessive noise from the boom box.

17.     The chanting went on for several minutes, with statements such as "these streets are ours" and "we're not going nowhere".  I was unable to commence our meeting with the usual opening remarks and introductions due to the excessive noise from the chanting and the boom-box and the fact that the protesters ran us off of the sidewalk. The LA CAN group continued to use the megaphone for their chanting and heckling and using the boom box to amplify the sound.  I could not speak to or hear any of the Walk attendees.  Lieutenant Paulson attended the walk and I told her that I arranged to take the walk participants through Skid Row in two vans donated from the Union Rescue Mission for our use, should the need arise.  Despite attempts by Lt. Paulson we couldn't get a

9

DECLARATION OF ESTELA LOPEZ

definitive answer from the group as to whether the group would continue to use the boom box to amplify the noise. At this point, I decided, that in order to conduct our meeting of Skid Row, we would need to take the vans. As we started to move toward the vans, suddenly, the LA CAN crowd arrived right on our heels. I was concerned that the protesters would be angered when they saw the van. I told the Walk attendees to hurry into the van and close the door. As we did this, the LA CAN crowd came up to the van and began to pound their fists on the window. Others in the crowd were pushing the van and shaking it back and forth. I felt scared and didn't know how this situation was going to escalate. We drove off in the vans and conducted our meeting in the vans rather than on the public sidewalks.

18.     Over the course of the past seven months, there has been a dramatic decrease in the number of participants who attend the Skid Row Walk due to the intimidation inflicted upon this group by the LA CAN protesters. The number of Walk attendees has averaged twenty-five people per walk, however, since LA CAN has disrupted the Walk, the numbers are down to ten. Potential walk attendees have decided not to attend because most of the time we are prevented from conducting a productive walk and are prevented from engaging in meaningful conversation. As a result, Walk attendees have chosen not to participate. In contrast, each month, more and more LA CAN members show up at the Skid Row Walks, drastically outnumbering the Walk attendees and increasing their intimidating and aggressive actions.

19.     On the June 1, 2011 CCEA walk videographer, Bob Swanson, from CCEA's attorney's office accompanied the walk attendees and me throughout the duration of the time and events recorded on the DVDs entitled:

"JUNE, PART I, SKID ROW MTG AND WALK; JUNE 1, 2011- START OF MEETING; FILMED BY CCEA; and  JUNE, PART II; SID# 457987-COPY; SKID ROW MTG and WALK; JUNE 1, 2011-2ND PART OF WALK FILMED BY CCEA." (Attached as Exhibit 4).

10

DECLARATION OF ESTELA LOPEZ

After the walk ended, Bob Swanson gave me the DVDs he had just recorded that day. The next day, I watched both of these DVDs recorded by Bob Swanson and they accurately recorded the events that occurred during the June 1, 2011 walk.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2011 in Los Angeles, California.

ESTELA LOPEZ, DECLARANT

11