UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-6274-JFW (CWx)**                                              Date:  September 26, 2011

Title:        CPR, et al. -v- City of Los Angeles

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                             None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY THE HEARING ON THE MOTION FOR A PRELIMINARY INJUNCTION AND/OR DECLARATORY RELIEF SHOULD NOT BE CONSOLIDATED WITH THE TRIAL ON THE MERITS

    The parties are hereby given notice that the Court is contemplating consolidating the hearing on Plaintiff's Motion for a Preliminary Injunction and/or Declaratory Relief with a trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2).  *See Airline Pilots Ass'n, Int'l v. Alaska Airlines*, 898 F.2d 1393, 1397 (9th Cir. 1990).  The Court therefore orders counsel for both parties to meet and confer to discuss a possible expedited pretrial and trial schedule, and file, on or before **September 29, 2011**, a joint report containing their respective positions on the potential consolidation pursuant to Rule 65(a)(2).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the joint report.


    IT IS SO ORDERED.