CAROL A. SOBEL SBN 84483
LAW OFFICE OF CAROL A. SOBEL
429 Santa Monica Boulevard, Ste. 550
Santa Monica, California 90401
t. 310 393-3055   f. 310 393-3605
e. carolsobel@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| | |
|---|---|
| CPR for Skid Row,<br><br>                     Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>                     Defendants. | CASE NO: LACV 11-6274 JFW (CWx)<br><br>JOINT RESPONSE TO THE COURT'S OSC RE CONSOLIDATING THE PRELIMINARY INJUNCTION WITH THE HEARING ON THE MERITS<br><br>Date: October 3, 2011<br>Time: 1:30 p.m.<br>Ctrm: 16 (Hon. John F. Walter) |

Pursuant to the Order of the Court directing the parties to provide their respective positions on the possibility of combining the hearing on the preliminary injunction with the trial on the merits, the parties filed this Joint Response.

The Defendant City has no position for or against consolidation except as to the length of time needed to prepare for a consolidated hearing on the merits. Because of budget cuts and furloughed staff, the earliest that the City could be ready for a trial would be sometime in the Spring.

Plaintiffs' position is that the hearing on the preliminary injunction should go forward as scheduled for several reasons. First, this case involves enforcement of a state statute affecting expressive activity in a traditional public forum, so the necessity of deciding the legal questions at the earliest opportunity is well-established. Second, the decision on the constitutionality of Penal Code §403, both on its face and as applied, is likely to directly and immediately impact resolution of

this action. Plaintiffs believe the Court has before it presently all law and evidence necessary to decide the matter.

Third, a decision on the preliminary injunction at this time will further judicial economy. Not only will the hearing on a preliminary injunction take less of this Court's time than a trial, but regardless of whether the Court grants or denies the injunction, the losing party may take an expedited appeal to the Ninth Circuit. The expedited appeal is likely to be decided before a consolidated trial could take place since the earliest that the City Attorney would be ready for a trial on the merits is sometime next Spring. Plaintiffs' counsel is currently involved in an interlocutory appeal taken by the City in *Lavan v. City of Los Angeles*, cv-11-2874 PSG (AJW), 2011 U.S. Dist. LEXIS 67332 (C.D. Ca. June 23, 2011). The expedited appellate briefing will be completed in approximately three weeks and a decision on the appeal is expected by the end of the year, or shortly thereafter since these expedited appeals are generally decided without oral argument.

Dated: September 28, 2011

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

_____/s/_____
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: September 28, 2011

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Asst. City Attorney
LAURIE RITTENBERG, Asst. City Attorney
KIMBERLY A. ERICKSON, Dep. City Attorney
ADENA M. HOPENSTAND, Dep. City Attorney

_____/s/ Kimberly A. Erickson_____
By: KIMBERLY A. ERICKSON
Attorneys for Defendant CITY OF LOS ANGELES