UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 11-6274-JFW (CWx)** | Dated: | **October 3, 2011** |
| Title: | CPR, et al. -v- City of Los Angeles | | |

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                          Victoria Valine
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Carol A. Sobel                                              Not present

**PROCEEDINGS:   MOTION FOR PRELIMINARY INJUNCTION AND/OR DECLARATORY RELIEF [fld 8/22/11, doc 5]**

Case called, and counsel makes her appearance.   No appearance by counsel for defendant City of Los Angeles.  The Court will issue a separate Order to Show Cause for Defendant's failure to appear at the hearing.

For the reasons stated on the record, the Court consolidates the Motion for Preliminary Injunction And/or Declaratory Relief with the Trial pursuant to Fed.R.Civ.Proc. 65(a)(2).

Scheduling Conference held.  ADR-12 filed.  The Court strikes defendant's request for a Jury Trial and sets the matter for a Court Trial.  If defendant objects to the Court Trial, the defendant shall file a brief in support of its position by October 7, 2011.

Court ordered the dates as indicated on Scheduling and Case Management Order filed today.  Counsel served with Scheduling and Case Management Order on this date.

Initials of Deputy Clerk   sr

0/15