UNITED STATES DISTRICT COURT **SEND**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-6274-JFW (CWx)**                              Date: **November 7, 2011**

Title:   CPR, et al. -v- City of Los Angeles

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**   DISCHARGE OF ORDER TO SHOW CAUSE RE: SANCTIONS [doc 18]

On October 3, 2011, the Court issued an Order to Show Cause why it should not impose sanctions on defendant's counsel. Defendant's counsel filed a response to the Order to Show Cause re: sanctions on October 6, 2011.

The Court deems that response satisfactory, and orders the Order to Show Cause discharged.

IT IS SO ORDERED.