UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6274 JFW (CWx) | Date | November 21, 2011 |
|---|---|---|---|
| Title | CPR for Skid Row, et al. v. City of Los Angeles | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | C.S. 11-21-11 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Carol A. Sobel | Kimberly A. Erickson |

**Proceedings:**   Ex Parte Application of Non-Party Los Angeles Community Action Network ("LACAN") to Quash a Subpoena to Produce Documents [Dkt. No. 21]

Telephonic hearing on issues raised by LACAN's ex parte application is held.  For reasons stated on the record, the court rules that LACAN need not produce internal documents as requested in the subpoena at this time.  This ruling is without prejudice to reconsideration if, on a further development of the record, it appears that Defendant is seeking discovery targeted to a specific factual issue as to which the need for disclosure outweighs associational interests protected by the First Amendment.

cc:   Counsel of Record

:

Initials of Preparer