JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CPR for SKID ROW, et al.,<br><br>       Plaintiffs,<br>   vs.<br>CITY OF LOS ANGELES<br><br>       Defendant. | **Case No. LACV 11-6274 JFW (CWx)**<br><br>JOINT JUDGMENT |

## JUDGMENT

On January 26, 2012 the Court issued an Order granting the Motion for Summary Judgment, Or In The Alternative, Motion For Partial Summary Judgment filed by Defendant City of Los Angeles ("Defendant") as to the Complaint filed by Plaintiffs CPR for Skid Row, Hamid Khan, and Pete White (collectively "Plaintiffs"). The Court also denied Plaintiffs' Motion for Summary Judgment or Partial Summary Judgment and Plaintiffs' Motion for a Preliminary Injunction and/or Declaratory Relief.

**IT IS ADJUDGED THAT**

1. Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendant City of Los Angeles and that Plaintiffs CPR for Skid Row, Hamid Khan and Pete White shall take nothing by way of their Complaint and that this action is dismissed with prejudice.

2. Defendant shall recover its costs of suit herein.

DATED: February 7, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE