

FILED

UNITED STATES COURT OF APPEALS

JUN 12 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CPR FOR SKID ROW, an unincorporated association; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant - Appellee. | No. 12-55289<br><br>D.C. No. 2:11-cv-06274-JFW-CW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: REINHARDT and CLIFTON, Circuit Judges and DORSEY,[*] District Judge.

  Plaintiffs' April 21, 2015 Motion for Attorney Fees is GRANTED in part and DENIED in part, as follows.  Plaintiffs' request for $125,394.00 under 42 U.S.C. § 1988 is GRANTED.  Plaintiffs' request for a larger amount under California Civil Code § 52.1 is DENIED.

  This order amends the court's mandate.

---

  [*]  The Honorable Jennifer A. Dorsey, District Judge for the U.S. District Court for the District of Nevada, sitting by designation.