CAROL A. SOBEL SBN 84483
LAW OFFICE OF CAROL A. SOBEL
429 Santa Monica Boulevard, Ste. 550
Santa Monica, California 90401
t. 310 393-3055   f. 310 393-3605
e. carolsobel@aol.com

Attorneys for Plaintiffs

MICHAEL N. FEUER, City Attorney SBN 111529
THOMAS H. PETERS, Chief Asst City Attorney SBN 163388
RONALD S. WHITAKER, Asst. City Attorney  SBN 110160
KIMBERLY A. ERICKSON, Dep. City Attorney  SBN 213634
200 N. Main Street, City Hall East, Room 916
Los Angeles, CA 9012
t. 213 473-6877 f.  213 473-6818
e. Kimberly.Erickson@lacity.org

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division**

| | |
|---|---|
| CPR for Skid Row,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　Defendants. | CASE NO: LACV 11-6274 JFW (CWx)<br><br>JOINT NOTICE OF TENTATIVE SETTLEMENT<br><br>Date:  None<br>Time:  None<br>Ctrm:  Hon. John F. Walter |

Pursuant to the Court's Order entered on May 14, 2015, Docket No. 75, the parties submit this Joint Notice of Tentative Settlement.

The parties conducted a settlement conference before attorney Richard T. Copeland on June 25, 2015. Subsequently, the parties agreed upon a resolution of the attorney fees in this matter. Just prior to the mediation of the district court fees, the Ninth Circuit entered an order, granting Plaintiffs' motion for fees on appeal. There are no remaining issues to be litigated before the court in this matter.

Because of the amount of fees to be paid, the settlement requires approval by the City Council. The City Council has been on hiatus all of July and returns July 27, 2015. The parties estimate that it will take at least a month for the settlement to be presented to the necessary City entities and, ultimately, be voted upon by the City Council. If the Council approves the settlement, it will take several additional weeks to complete the necessary release documents and issue payment.

Accordingly, the parties request that the Court set a time to file a further status report on or before September 28, 2015. If the parties complete the settlement prior to that date, a Notice of Settlement and Request for Dismissal will be filed with the Court.

Dated: July 23, 2015

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

/s/
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: July 23 , 2015

MICHAEL N. FEUER
THOMAS J. PETERS
RONALD S. WHITAKER
KIMBERLY ERICKSON

/s/
By: KIMBERLY ERICKSON
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served this date on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: July 23, 2015                             /S/
                                        CAROL A. SOBEL