JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 11-6274-JFW (CWx)**                               Date: July 24, 2015

Title:   CPR, et al. -v- City of Los Angeles

---

**PRESENT:**

    HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |


**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
         None                                                                                   None

**PROCEEDINGS (IN CHAMBERS):**   ORDER OF DISMISSAL

     In the Notice of Settlement filed on July 23, 2015, Dkt. No. 78, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before September 8, 2015. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until September 8, 2015. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.


Initials of Deputy Clerk  sr