CAROL A. SOBEL SBN 84483
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393-3055   f. 310 451-3858
e. carolsobel@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| | |
|---|---|
| CPR for Skid Row,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　　Defendants. | ) CASE NO: CV 11-6274 JFW (CWx)<br>)<br>) ORDER RE PLAINTIFFS' SECOND<br>) REQUEST TO REOPEN THE CASE<br>) AND EXTEND THE TIME TO<br>) COMPLETE THE SETTLEMENT<br>)<br>) Date:  November 2, 2015<br>) Time:  None<br>) Ctrm:  Hon. John F. Walter |

Plaintiffs in the above-captioned matter have submitted a Request to Reopen the Case and Extend the Time to Complete the Settlement in this matter to December 18, 2015. The Court previously entered an order, dismissing the action without prejudice as of September 8, 2018, and then extending this deadline to October 30, 2015. Plaintiffs have provided the Court with the progress of the settlement approval process by the defendant City. The delays in approval are solely within the City's responsibility.

The Court finds that there is good cause to allow additional time to complete the settlement in this matter. Accordingly, the Court now enters an order extending the time to complete the settlement in this action to and through December 18, 2015.

Dated: November 2, 2015

_____
UNITED STATES DISTRICT JUDGE

Lodged by:
Law Office of Carol A. Sobel

_____/s/_____
By: CAROL A. SOBEL
Attorneys for Plaintiffs

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served this date on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: November 2, 2015

/S/
CAROL A. SOBEL